**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Craig Lamar ELKINS, Defendant-
Appellant.**

**No. 16-10592
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 12/28/2016

R. Brian Tanner, Carlton R. Bourne, Jr., James D. Durham, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff-Appellee

Craig Lamar Elkins, Coffee CF—Inmate Legal Mail, Nicholls, GA, for Defendant-Appellant

Before JULIE CARNES, JILL PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Nathan Williams, appointed counsel for Craig Elkins in this direct criminal appeal, has moved to withdraw from further rep-

resentation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Elkins's conviction and sentence are **AFFIRMED.**